# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                          **Case No.  2:10-cr-145-FtM-36SPC**

**FLAVIA MARICHAL, a/k/a**
**FLAVIA MARTIN,**

_____

## ORDER MODIFYING CONDITIONS OF RELEASE

This cause having come before the Court on the Defendant's Motion to Amend Conditions of Pretrial Release Pursuant to 18 U.S.C. 3142(3)(C) (Doc. #27) filed on December 13, 2010. The Defendant moves the Court for permission to modify the condition of release which imposes a curfew from 7 PM through 7 AM. As grounds, Counsel indicates a modification is necessary because the Defendant is attempting to secure employment which may require her to work past the imposed curfew.  Further, the Defendant must attend certain familial and social obligations in the near future. Tad Parks, Pretrial Services Officer, and Robert Barclift, United States Attorney, does not object to the modification of the curfew.  Having considered the motion, the Court finds good cause and will grant the modification as outlined below.

Accordingly, it is now

**ORDERED**

(1)     The Defendant's Motion to Amend Conditions of Pretrial Release Pursuant to 18 U.S.C. 3142(3)(C) (Doc. #27) is **GRANTED**.  The Defendant's curfew shall be amended to **11:00**

**PM to 6:00 AM.**

      **DONE** and **ORDERED** in Fort Myers, Florida on this   15th   day of December, 2010.


SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record, U.S. Marshal