**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-	Case No.: 2:10-cr-145-FtM-36SPC

FLAVIA MARICHAL

_____

**ORDER**

This matter comes before the Court on the Motion to Amend Conditions of Pretrial Release Pursuant to 18 U.S.C. 3142(3)(C) (Doc. #39) filed on April 19, 2011. The Defendant moves the Court to modify the conditions of release to eliminate the requirement to abide by a curfew. As grounds, Counsel indicates the Defendant has been undergoing medical treatment and the Court imposed curfew is complicating that treatment. The Government and Pretrial Services do not object to the relief requested. The Court, having considered the motion, finds good cause and will grant the modification of the bond as outlined below. Accordingly, it is now

**ORDERED:**

The Motion to Amend Conditions of Pretrial Release Pursuant to 18 U.S.C. 3142(3)(C) (Doc. #39) is **GRANTED**. The curfew requirement originally imposed by the Court is hereby eliminated as a condition of release.

**DONE AND ORDERED** at Fort Myers, Florida, this ___20th___ day of April, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record